# United States District Court
# For The Western District of North Carolina
# Asheville Division

*FILED*
ASHEVILLE, N. C.
AUG - 1 2005
U.S. DISTRICT COURT
W. DIST. OF N. C.

ERNEST A. BELL,

    Plaintiff(s),

vs.

VELVIA CARPENTER and
JANET BUCHANAN,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:03cv51-03-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 1, 2005 Order.

August 1, 2005

FRANK G. JOHNS, CLERK

BY: _____
Elizabeth Barton, Deputy Clerk